UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

vs.   Case No.:  8:21-cr-00052-T-23CPT

**BENJAMIN TUCKER PATZ,**

    Defendant.
_____/

**UNOPPOSED MOTION TO DISCONTINUE DRUG TESTING**

COMES NOW, Defendant, **BENJAMIN TUCKER PATZ**, by and through his undersigned counsel, and respectfully requests this Honorable Court grant the above-styled motion, and would show:

1. Mr. Patz has been on pre-trial release since his initial appearance in this Court on March 5, 2020. (Doc. #6). Mr. Patz has also recently entered a plea of guilty to a one count Information and United States Magistrate Judge Christopher P. Tuite issued a Report and Recommendation that the plea be accepted by the United States District Judge. (Doc. #36).

2. One of the conditions of pre-trial release prohibits the use of narcotic drugs or other controlled substances unless prescribed by a licensed medical

practitioner. The Order of Release further allows Pre-Trial Services discretion in testing for compliance with this directive.

3. The testing has taken the form of a patch worn by Mr. Patz which he then brings to the designated testing center on a weekly basis. In turn, that requires a two hour round trip to the closest such facility to his home. Mr. Patz has dutifully made this trip and has uniformly been in compliance with the Order of Release. In other words, for more than a year, Mr. Patz has abided by this important condition of release.

4. Due to the travel required, along with the long term record of compliance, it is the purpose of this motion to have the Court discontinue the drug testing component of the Order of Release. Undersigned counsel has communicated with Assistant United States Attorney Patrick Scruggs who has no objection to this request.

WHEREFORE, Defendant, **BENJAMIN TUCKER PATZ**, respectfully requests entry of an order modifying his conditions of release by discontinuing the required drug testing.

*/s/ David T. Weisbrod*
DAVID T. WEISBROD, ESQ.
412 East Madison Street, Suite 1111
Tampa, Florida 33602
(813) 223-2792 / (813) 223-3124 (fax)
Attorney for Defendant
Florida Bar No. 312487
Email: dweislaw@yahoo.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: PATRICK SCRUGGS, AUSA, United States Attorney's Office, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, this 16th day of March, 2021.

*/s/ David T. Weisbrod*
DAVID T. WEISBROD, ESQ.