UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:21-cr-00052-SDM-CPT

BENJAMIN TUCKER PATZ

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF PASSPORT**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, does not object to the defendant's motion.

1. On March 5, 2020, the defendant was arrested pursuant to a complaint for a violation of 18 U.S.C. § 875(c), Transmitting Threats in Interstate Commerce. (Doc. 1). On the same day, the defendant's passport was surrendered to the Clerk's Office as a condition of the defendant's pre-trial release. (Doc. 11).

2. The defendant waived indictment and entered a guilty plea to an information on March 9, 2021. (Doc. 34). On June 3, 2021, the defendant was sentenced to a term of 36 months of probation. (Doc. 53).

3. The defendant's probation terminated on June 2, 2024.

Accordingly, the United States does not object to the defendant's motion for return of passport.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Jeff Chang*

Jeff Chang
Assistant United States Attorney
Florida Bar No. 1025340
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: jeffrey.chang@usdoj.gov

2

**U.S. v. Patz**                                    **Case No. 8:21-cr-00052-SDM-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

I hereby certify that on June 24, 2024, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

Benjamin Tucker Patz
30 E 31st Street
New York, NY 10016

/s/ Jeff Chang
Jeff Chang
Assistant United States Attorney
Florida Bar No. 1025340
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: jeffrey.chang@usdoj.gov

3